```
EILEEN R. RIDLEY CA Bar No. 151735
    eridley@foley.com
MICHAEL A. NARANJO CA Bar No. 221449
    mnaranjo@foley.com
GILLIAN MORSHEDI CA Bar No. 251896
    gmorshedi@foley.com
FOLEY & LARDNER LLP
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507
```

Attorneys for Defendant AMERIGAS PROPANE, INC., AMERIGAS PARTNERS, L.P., AMERIGAS PROPANE, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK FULLER, SARA HOOK, DERRICK JACKSON, PAT MALLANEY, individually and on behalf of all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AMERIGAS PROPANE, INC., AMERIGAS PARTNERS, L.P., AMERIGAS PROPANE, L.P., FERRELLGAS, L.P., FERRELLGAS, INC. and FERRELLGAS PARTNERS, L.P.<br><br>Defendant. | Case No: C-09-02493-TEH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]**<br><br>Judge:   Hon. Thelton E. Henderson<br><br>Date Action Filed: June 4, 2009 |

Come now Plaintiffs JACK FULLER, SARA HOOK, DERRICK JACKSON, PAT MALLANEY, individually and on behalf of all others similarly situated, and Defendants AMERIGAS PROPANE, INC., AMERIGAS PARTNERS, L.P., and AMERIGAS PROPANE L.P. ("Amerigas Defendants") by and through their respective counsel and, pursuant to United States District Court, Northern District of California Civil Local Rule 6-1(a), hereby stipulate that the Amerigas Defendants shall have up to and including July 16, 2009, within which to answer or otherwise respond to Plaintiffs' complaint. The Amerigas Defendants reserve all rights relating to such response to Plaintiffs' complaint.

///

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]
CASE NO. C-0902493-TEH

SFCA_1574674.1

IT IS SO STIPULATED.

DATED: June 25, 2009                HAGENS BERMAN SOBOL SHAPIRO LLP


By: /S/ SHANA E. SCARLETT
    Shana E. Scarlett
    Attorneys for Plaintiffs JACK FULLER,
    SARA HOOK, DERRICK JACKSON,
    and PAT MALLANEY


DATED: June 25, 2009                EILEEN R. RIDLEY
                                        FOLEY & LARDNER LLP


By: /S/ EILEEN R. RIDLEY
    Eileen R. Ridley
    Attorneys for Defendants AMERIGAS
    PROPANE, INC., AMERIGAS
    PARTNERS, L.P., and AMERIGAS
    PROPANE, L.P.

I hereby attest that I have on file all signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: June 25, 2009                EILEEN R. RIDLEY
                                        FOLEY & LARDNER LLP


By: /S/ EILEEN R. RIDLEY
    Eileen R. Ridley
    Attorneys for Defendants AMERIGAS
    PROPANE, INC., AMERIGAS
    PARTNERS, L.P., and AMERIGAS
    PROPANE, L.P.

///
///
///
///

2
STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]
CASE NO. C-0902493-TEH

SFCA_1574674.1

1   IT IS SO ORDERED.
2
3   DATED: June 26, 2009
4
5
6                                           By: _____
                                                Hon. Thelton E. Henderson
7                                               U.S. District Judge

3
STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]
CASE NO. C-0902493-TEH

SFCA_1574674.1